UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CAROLYN WITT,
On behalf of herself and on behalf of
All others similarly situated,

      Plaintiff,

                Case No. 2:12cv635

v.

CMA CGM (America) LLC,

      Defendant.


**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for CMA CGM (America) LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 21, 2012

                **CMA CGM (America) LLC**

                By:_____/s/_____
                Kristina H. Vaquera, Esq. (VSB No. 43655)
                JACKSON LEWIS, LLP
                500 E. Main Street, Suite 800
                Norfolk, Virginia 23510
                Telephone: (757) 648-1448
                Facsimile: (757) 648-1418
                E-mail: vaquerak@jacksonlewis.com
                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeremiah A. Denton, III, Esq.
Rhiannon Marie Jordan, Esq.
Vivile Rodin Deitrich, Esq.
JEREMIAH A. DENTON III, P.C.
477 Viking Drive, Suite 100
Virginia Beach, VA 23452

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

Dale Wood Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

By: _____/s/_____
Kristina H. Vaquera, Esq. (VSB No. 43655)
JACKSON LEWIS, LLP
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1448
Facsimile: (757) 648-1418
E-mail: vaquerak@jacksonlewis.com
*Counsel for Defendant*