UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CAROLYN WITT,
On behalf of herself and on behalf of
All others similarly situated,

    Plaintiff,

Case No. 2:12cv635

v.

CMA CGM (America) LLC,

    Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

PLEASE TAKE NOTICE that on Tuesday, June 25, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Carolyn Witt and Defendant CMA CGM (America) LLC will have a Settlement Conference before Magistrate Judge Douglas E. Miller.

Dated: May 14, 2013

**CMA CGM (America) LLC**

By: /s/
Kristina H. Vaquera, Esq. (VSB No. 43655)
JACKSON LEWIS, LLP
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1448
Facsimile: (757) 648-1418
E-mail: vaquerak@jacksonlewis.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of May of 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jeremiah A. Denton, III, Esq.
Rhiannon Marie Jordan, Esq.
Vivile Rodin Deitrich, Esq.
JEREMIAH A. DENTON III, P.C.
477 Viking Drive, Suite 100
Virginia Beach, VA 23452

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

Dale Wood Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

                By:_____/s/_____
                Kristina H. Vaquera, Esq. (VSB No. 43655)
                JACKSON LEWIS, LLP
                500 E. Main Street, Suite 800
                Norfolk, Virginia 23510
                Telephone: (757) 648-1448
                Facsimile: (757) 648-1418
                E-mail:  vaquerak@jacksonlewis.com
                *Counsel for Defendant*