**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**CAROLYN WITT,** *on behalf of herself*
*and on behalf of all others similarly*
*situated***,**

      **Plaintiff**

v.                                                                          CIVIL NO. 2:12-cv-00635-RAJ-LRL

**CMA CGM (America), LLC.**

      **Defendant,**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carolyn Witt, *on behalf of herself and on behalf of all others similarly situated* and Defendant CMA CGM (America), LLC., hereby stipulate to Dismissal with Prejudice. There are no longer any issues in this matter between Plaintiffs and Defendant to be determined by the Court, therefore this matter should be dismissed with prejudice, closed and removed from the active docket.

Respectfully Submitted,

| | |
|---|---|
| */s/* | */s/* |
| Susan M. Rotkis | Kristina H. Vaquera |
| Va. Bar No: 40693 | Va. Bar No: 43655 |
| Consumer Litigation Associates, P.C. | Jackson Lewis, LLP |
| 763 J. Clyde Morris Blvd, Ste 1-A | 500 E. Main Street, Suite 800 |
| Newport News, Va 23601 | Norfolk, Virginia 23510 |
| Telephone: (757) 930-3660 | Telephone: (757) 648-1448 |
| Facsimile: (757) 930-3662 | Facsimile: (757) 648-1418 |
| E-mail: srotkis@clalegal.com | E-mail: kristina.vaquera@jacksonlewis.com |
| *Counsel for Carolyn Witt, On behalf of herself and on behalf of all others similarly situated* | *Counsel for CMA CGM (America), LLC.* |